**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-23399-CIV-UNGARO/O'SULLIVAN

CAROL LARA,

      Plaintiff,

v.

ANDREW SAUL,
Commissioner for Social Security,

      Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF**
**JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**
**WITH REMAND OF THE CAUSE TO THE DEFENDANT**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Enter a Judgment with a Reversal and Remand to the Commissioner (D.E 17) and Magistrate Judge O'Sullivan's Report and Recommendation recommending that the Motion be granted (D.E. 18).

THE COURT has considered the Motion and is otherwise fully advised in the premises.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's request to remand this action for further development of the record by an Administrative Law Judge (ALJ), it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion, D.E. 17, is GRANTED and this case is hereby remanded. The Report and Recommendation, D.E. 18, is ADOPTED AND AFFIRMED in all respects. Upon remand, the Appeals Council will instruct the ALJ to obtain medical and psychological or psychiatric expert evidence; reconsider the opinion evidence; further

evaluate claimant's alleged symptoms; re-evaluate the claimant's residual functional capacity; and obtain vocational expert evidence. Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that the Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers at Miami, Florida this __19th__ day of March, 2021.

_____
**URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record
      Judge Magistrate John J. O'Sullivan